■ HERITAGE HILLS SOCIETY, LTD., Appellant, v PEGGY EGBERS et al., Respondents. [672 NYS2d 600] —Appeal by the plaintiff, as limited by its brief, from stated portions of an order of the Supreme Court, Westchester County (Cowhey, J.), dated April 24, 1997.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Cowhey at the Supreme Court. Thompson, J. P., Santucci, Friedmann and Florio, JJ., concur.